# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dion C. Pennywell,

          Plaintiff,

v.

Kathryn Turiani,

          Defendant.

Civil No. 17-cv-0925 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and, in the alterative, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  6/15/18

                                    s/Patrick J. Schiltz
                                    PATRICK J. SCHILTZ
                                    United States District Judge